UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KATHY NADINE SHAFF, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-0206-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant the United States of America's ("United States") motion to dismiss. Doc. #6.[1] Pro se plaintiff Kathy Nadine Shaff ("Shaff") filed an opposition (Doc. #11) to which the United States replied (Doc. #13).

Plaintiff Shaff, a veteran, filed suit against the United States under the Federal Tort Claims Act ("FTCA") alleging that she received negligent medical treatment at the Veteran's Administration Medical Center in Reno, Nevada. *See* Doc. #1. Thereafter, the United States filed the present motion to dismiss arguing that Shaff failed to provide an affidavit from a medical expert supporting her allegations as required by NRS 41A.071. *See* Doc. #6.

In opposition, Shaff contends that she was not required to provide an affidavit because her complaint is a civil rights discrimination complaint and not one for medical negligence. The court

---

[1] Refers to the court's docket entry number.

disagrees. Shaff's present complaint is one for medical negligence and as such, she was required to attach an affidavit. However, the court notes Shaff's intent to raise a discrimination claim against the United States, so the court shall grant her leave to file an amended complaint.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #6) is GRANTED. Plaintiff's complaint (Doc. #1) is DISMISSED in its entirety.

IT IS FURTHER ORDERED that plaintiff Kathy Shaff shall have thirty (30) days from entry of this order to file an amended complaint.

DATED this 17th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2